AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FID 12032813

**RECEIVED**

*By USMS District of Columbia District Court at 1:49 pm, Oct 20, 2026*

United States of America
v.
Zachary Van Dyke
*Defendant*

Case: 1:26-mj-000186
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 10/19/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Zachary Van Dyke, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☒ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography;
18 U.S.C. § 2252(a)(4) - Possession of Child Pornography.

Date: 10/19/2026

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/20/2026, and the person was arrested on *(date)* 11/16/2026 at *(city and state)* Washington DC.

Date: 11/16/2026

*Arresting officer's signature*

*Printed name and title*